# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
4:06 pm Mar 14 2024
Clerk U.S. District Court
Northern District of Ohio
Toledo

| | |
|---|---|
| United States of America<br>v.<br><br>HUSAM AL NAJJAR<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      3:24MJ5089<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 14, 2024 in the county of Lucas in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 922(g)(5)(A) | alien unlawfully in the United States in possession of a firearm or ammunition |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Martin E. Lawson, Special Agent, HSI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: March 14, 2024

*Judge's signature*

City and state: Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*