IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:24 CR 110 |
| Plaintiff, | SENTENCING ORDER |
| -vs- | RE: SPECIAL CONDITIONS OF SUPERVISED RELEASE |
| Husam Al Najjar, | JUDGE JACK ZOUHARY |
| Defendant. | |

## SPECIAL CONDITIONS

**Deportation**
Defendant must surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security, for deportation as provided by law.  If Defendant is ordered deported from the United States, he must remain outside the United States, unless legally authorized to re-enter.  If Defendant re-enters the United States, he must report to the nearest probation office within 72 hours after he returns.

I have reviewed and understand the above special conditions of my sentence outlined by the Judge at my sentencing hearing today.

Further, I waive any late notice and supporting explanation of each of these conditions as may be required under 18 U.S.C. § 3583.

Date: __2/3/26__                                   _____
                                                  Husam Al Najjar, Defendant

                                                  _____
                                                  Attorney

IT IS SO ORDERED.

_____
Judge Jack Zouhary