IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:24CR110 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | |
| HUSAM AL NAJJAR, | ) | |
| | ) | MOTION OF THE UNITED STATES FOR |
| Defendant. | ) | A FINAL ORDER OF FORFEITURE |

NOW COMES the United States of America, by and through the undersigned counsel, and moves this Court for a Final Order of Forfeiture in the above-captioned case.

This motion is supported by the following:

1.The United States hereby incorporates by reference, as though fully set forth herein, all of its averments contained in the Motion of the United States for a Preliminary Order of Forfeiture filed on October 7, 2025.

2.On October 14, 2025, this Court initially forfeited the following firearm subject to the provisions of 21 U.S.C. § 853(n) [as incorporated by 28 U.S.C. § 2461(c)]:

a.a Glock, Model 45, 9mm pistol, bearing serial number BKDX883.

3.Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the initially forfeited property are entitled to a judicial determination of the validity of the legal claims or interest they assert.

4.       The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for 30 consecutive days beginning on October 16, 2025, and ending on November 14, 2025.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject property.

5.       No claims were made to the initially forfeited property.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the following property forfeited to the United States and directing the United States to dispose of it in accordance with law.

       a.  a Glock, Model 45, 9mm pistol, bearing serial number BKDX883.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:   /s/ Henry F. DeBaggis
       Henry F. DeBaggis
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3749
       (216) 522-7499 (facsimile)
       Henry.DeBaggis@usdoj.gov