IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:24 CR 110 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | FINAL ORDER OF FORFEITURE |
| HUSAM AL NAJJAR, | ) | |
| | ) | |
| Defendant. | ) | |

It appears to the Court that proper proceeding have been had for the issuance of a Final Order of Forfeiture, as follow:

1. On October 14, 2025, this Court initially forfeited the following firearm subject to the provisions of 21 U.S.C. § 853(n) [as incorporated by 28 U.S.C. § 2461(c)]:

    a. a Glock, Model 45, 9mm pistol, bearing serial number BKDX883

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the initially forfeited property are entitled to a judicial determination of the validity of the legal claims or interest they assert.

3. The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for 30 consecutive days beginning on October 16, 2025, and ending on November 14, 2025.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject property.

4. No claims were made to the initially forfeited property.

THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED:

The following properties are finally forfeited to the United States pursuant to Fed. R. Crim P. 32.2, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) for disposition in accordance with the law:

    a. a Glock, Model 45, 9mm pistol, bearing serial number BKDX883.

IT IS SO ORDERED this **9th** day of **February**, 2026.



    *s/ Jack Zouhary*
JACK ZOUHARY
UNITED STATES DISTRICT JUDGE